# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

MATRIX MARINE, INC.,

        Plaintiff,
vs.

MARK R. MCKEOWN, *In Personam*, and F/V SABINA, Official No. 643538, and its engines, tackle, gear, apparel, furniture, and equipment, *In Rem*,

        Defendants.

Case No. 3:11-cv-063-HRH-JDR

**ORDER HOLDING ISSUANCE OF PROCESS IN ABEYANCE**

(Docket No. 7)

        Plaintiff having filed a verified Complaint in this Court against the defendant Vessel F/V SABINA, official number 698044, upon an admiralty and maritime claim for enforcement of a necessaries lien, praying for an *in rem* warrant of arrest of said Vessel and her appurtenances, and the court having reviewed the said verified Complaint and the motion for order holding process in abeyance and the court finding that Plaintiff has shown the probable validity of its maritime lien against the Vessel,

        IT IS HEREBY ORDERED:

        That the Clerk of Court is authorized (upon filing of the appropriate motions) to issue an *in rem* warrant for said Vessel, and the issuance of said process shall be held

in abeyance under Supplemental Rule E(3)(b) and Local Admiralty Rule (e)-5(a) until the party seeking issuance of process files a written request. The 120-day period of Federal Rule of Civil Procedure Rule 4(m) will not begin to run until the process is actually issued by the Clerk of Court.

DATED this   30th   day of July, 2011, at Anchorage, Alaska.

                                         /s/ John D. Roberts
                                         JOHN D. ROBERTS
                                         United States Magistrate Judge